UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ZELOUF INTERNATIONAL CORP.,

                    Plaintiff,

           -against-                            09 Civ. 1798 (LAK)

KANDY KISS OF CALIFORNIA, INC., et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

Lewis A. Kaplan, *District Judge.*

        The plaintiff's motion for reconsideration is denied.  The Court did not overlook the authority relied upon by it.  Rather, it finds that authority unpersuasive.  There is no reason whatever to suppose that the Legislature intended CPLR § 302(a), subd. 2, to apply any differently in copyright infringement cases than in other tort cases.

        SO ORDERED.

Dated:       June 2, 2009

                                                  Lewis A. Kaplan
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/2/09